1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16

| | |
|---|---|
| ROBERT J. ANDERSON, | No.  2:20-CV-2514-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

17
18        Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20   Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for October

21   19, 2022, at 10:00 a.m. before the undersigned in Redding, California, on Plaintiff's motion for

22   summary judgment is hereby taken off calendar and the matter is submitted on the record and

23   briefs without oral argument.   Briefing on Plaintiff's motion shall proceed pursuant to the

24   Court's April 26, 2022, scheduling order, ECF No. 15.

25        IT IS SO ORDERED.

26   Dated:  September 12, 2022

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

27
28

1